IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

LEONARD SULAYMANOV and JLZ
CONSULTING, INC. d/b/a LENZO & CO,

    Plaintiffs,                                             CASE NO.: 24-CV-23229

v.

FLOYD MAYWEATHER JR., MICHAEL RAY
STEVENSON (a.k.a TYGA) and THE MONEY
TEAM LLC,

    Defendants.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiffs Leonard Sulaymanov and JLZ Consulting, Inc. d/b/a Lenzo & Co., by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismiss:

    (a) all claims against Defendants Floyd Mayweather Jr. and The Money Team LLC in their entirety and *with prejudice*; and

    (b) all claims against Michael Ray Stevenson, in their entirety and *without prejudice*.

    This voluntary dismissal disposes of all claims pending in this matter, with all parties bearing their own respective costs and fees.

DATED: January 17, 2025                         Respectfully submitted,

                                                                       **SMITHBRIDGE, LLP**

                                                                       By: _____
                                                                       Andrew M. Smith, Esquire
                                                                       FL Bar PHV No: 1048061
                                                                       *(Pro hac vice)*
                                                                       Andrew@Smithbridgellp.com
                                                                       1878 Route 70, #8
                                                                       Cherry Hill, NJ 08003
                                                                       Tel. 609-410-2830
                                                                       Fax 215-646-1047

                                                                       *Counsel for Plaintiffs*

                                                                       **MILLENNIAL LAW, INC.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17, 2025, a copy of the foregoing was electronically filed through the Florida Courts E-Filing Portal which will send electronic notification of the above filing to all registered users.

                                                                       _____